UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREA FAIN,

               Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C24-5622-MLP

MINUTE ORDER

       The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

       The Court previously directed the parties to file supplemental briefing addressing the impact of the Ninth Circuit's decision in *Hudnall v. Dudek*, 2025 WL 729701, at *3 (9th Cir. Mar. 7, 2025), on the ALJ's consideration of lay witness testimony. (Dkt. # 22.) Plaintiff timely filed a supplemental brief on March 17, 2025 (dkt. # 23), and Defendant timely filed a supplemental brief on March 24, 2025 (dkt. # 24).

       Plaintiff now seeks leave to "file today or upon order of the court a five-page supplemental reply brief that analyzes SSR 16-3p and explains why this ruling explicitly requires an ALJ to articulate how they are evaluating lay evidence." (Dkt. # 25.)

MINUTE ORDER - 1

The Court finds that this additional supplemental briefing would be beneficial in this case. Accordingly, **on or before March 27, 2025**, Plaintiff is ORDERED to file a supplemental brief, **no longer than five pages**, addressing the relationship between SSR 16-3p and the ALJ's duty to consider lay evidence.

The Clerk is directed to note this matter on the Court's calendar for March 27, 2025.

Dated this 26th day of March, 2025.

                                              Ravi Subramanian
                                              Clerk of Court

                                          By: Tim Farrell
                                              Deputy Clerk